# United States Court of Appeals for the Federal Circuit

---

August 25, 2020

## ERRATA

---

Appeal No. 2019-1738

**CHRISTY, INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

Decided:  August 24, 2020
Precedential Opinion

---

Please make the following change:

On Page 5, line 10, change "oral argument" to --submission--.